TRINA A. HIGGINS, United States Attorney (7349)
CY H. CASTLE, Assistant United States Attorney (04808)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email:  travis.elder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| IN THE MATTER OF THE SEIZURE OF<br><br>See Asset List in Attachment A | Case No. 2:20MJ808 DAO<br><br>MOTION TO UNSEAL SEIZURE WARRANT CASE AND DOCUMENTS<br><br>Judge Daphne A. Oberg |
|---|---|

Based upon the motion of the United States, and good cause shown, the court orders the unsealing of the file and documents in this case.

Dated this _____ day of October, 2023.

BY THE COURT:

_____
Daphne A. Oberg
United States Magistrate Judge